# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 15 |
| Black Press Ltd., *et al.*,[1] | Case No. 24-10044 (MFW) |
| Debtors in a Foreign Proceeding. | (Joint Administration Requested) |
| | **Re: D.I. 3** |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Austin B. Alexander, hereby certify that on January 16, 2024, I served or caused to be served the following document via electronic mail on those persons and entities listed on the attached Service List:

1. Motion of Authorized Foreign Representative for Entry of an Order (I) Directing Joint Administration of Related Chapter 15 Cases and (II) Granting Related Relief [D.I. 3]

Dated: January 18, 2024

*/s/* Austin B. Alexander
Austin B. Alexander (*pro hac vice pending*)
**THOMPSON HINE LLP**
Two Alliance Center
3560 Lenox Road NE, Suite 1600
Atlanta, Georgia 30326-4266
Telephone: (404) 541-2900
Facsimile: (404) 541-2905
*Austin.Alexander@thompsonhine.com*

---

[1] The Debtors in these chapter 15 cases, along with the last four digits of each Debtor's federal tax identification number (or BN as applicable), include: Black Press Group Ltd. (BN 8464); Sound Publishing Inc. (TIN 6047); The Beacon Journal Publishing Company (TIN 5666); Black Press Ltd. (BN 4084); Sound Publishing Holding Inc. (TIN 6047); 311773 BC Ltd. (BN 3265); Sound Publishing Properties, Inc. (TIN 6047); Oahu Publications, Inc. (TIN 3529); San Francisco Print Media Company (TIN 0940); Central Web Offset Ltd. (BN 5111); 0922015 B.C. Ltd. (BN 4906); and WWA (BPH) Publications, Inc. (TIN 7876). The location of the Debtors' corporate headquarters and service address is: 15288 54a Ave #208, Surrey, British Columbia, Canada V3S 5X7.

**Service List**

| Party Served | Role | Email Address |
|---|---|---|
| Noah Goldstein<br>Jason Knight | KSV Restructuring Limited | ngoldstein@ksvadvisory.com<br>jknight@ksvadvisory.com |
| Andrew Kissner<br>Mark Rasile<br>Joseph Murphy<br>Mike Shakra<br>Raj Sahni<br>Lorenzo Marinuzzi<br>Benjamin W. Butterfield | Canso Investment Counsel Ltd. as portfolio manager for and on behalf of Canso Strategic Credit Fund in respect of the DIP Facility | AKissner@mofo.com<br>RasileM@bennettjones.com<br>JMurphy@mofo.com<br>ShakraM@bennettjones.com<br>SahniR@bennettjones.com<br>LMarinuzzi@mofo.com<br>BButterfield@mofo.com |
| Nathaniel Rayle (Staff Atty)<br>Colin Albaugh (AGC)<br>Kartar Khalsa (DGC)<br>Karen Morris (GC) | PBGC | Rayle.Nathaniel@pbgc.gov<br>Albaugh.Colin@pbgc.gov<br>Khalsa.Kartar@pbgc.gov<br>Morris.Karen@pbgc.gov |
| Julia G. Haghighi<br>Nicholas A. Coulson<br>Trevor Shipley Potts<br>Dennis W. Potts | Hawaii Litigation Party (Pradeep Arora) | jhaghighi@lsccounsel.com<br>ncoulson@lsccounsel.com<br>trevor@denniswpottslaw.com<br>dwpotts@denniswpottslaw.com |
| Timothy Jay Fox, Jr. | US Trustee | timothy.fox@usdoj.gov |