IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 15 |
| Black Press Ltd., *et al.*,[1] | Case No. 24-10044 (MFW) |
| Debtors in a Foreign Proceeding. | (Jointly Administered)  Re. |
| | Dkt. No. 76 |

**ORDER CLOSING THE CHAPTER 15 CASES**

Upon consideration of the *Final Report of the Foreign Representative and Motion for Order Closing Chapter 15 Cases* ("Motion")[2] and due and sufficient notice of the Motion having been given; and no objections or responses to the Motion having been filed; and it appearing that the relief requested in the Motion is in the best interests of the Debtors and other parties in interest in these chapter 15 cases; and after due deliberation and sufficient cause appearing therefore,

**THIS COURT FINDS AND CONCLUDES THAT:**

A. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157, 1334 and section 1501 of the Bankruptcy Code.

B. This is a core proceeding pursuant to 28 U.S.C. §§ 157 and 1334.

C. Venue is proper pursuant to 28 U.S.C. § 1410.

D. Appropriate notice of the Motion was given, which notice is adequate for all purposes, and no other or further notice need be given.

---

[1] The Debtors in these chapter 15 cases, along with the last four digits of each Debtor's federal tax identification number (or BN as applicable), include: Black Press Group Ltd. (BN 8464); Sound Publishing Inc. (TIN 6047); The Beacon Journal Publishing Company (TIN 5666); Black Press Ltd. (BN 4084); Sound Publishing Holding Inc. (TIN 6047); 311773 BC Ltd. (BN 3265); Sound Publishing Properties, Inc. (TIN 6047); Oahu Publications, Inc. (TIN 3529); San Francisco Print Media Company (TIN 0940); Central Web Offset Ltd. (BN 5111); 0922015 B.C. Ltd. (BN 4906); and WWA (BPH) Publications, Inc. (TIN 7876). The location of the Debtors' corporate headquarters and service address is: 15288 54a Ave #208, Surrey, British Columbia, Canada V3S 5X7.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

E.      Thirty (30) days have passed since the Foreign Representative served the Motion, and no objections have been filed.

F.      The Amended and Restated Transaction Support Agreement was entered into between Debtors and certain of their prepetition creditors on January 22, 2024, and approved by the Canadian Court on January 25, 2024 in the Amended and Restated Initial Order.

G.      The SISP Order was entered by the Canadian Court on January 25, 2024, and approved by this Court through the SISP Approval Order on February 7, 2024.

H.      On February 15, 2024, the Company entered into the Settlement Agreement with the PBGC.

I.      On February 17, 2024, the Debtors informed the Purchaser that the Debtors received no qualified bids (other than the stalking horse bid) through the SISP. The stalking horse bid submitted by the Purchaser was deemed the successful bid.

J.      The Second Amended and Restated Transaction Support Agreement was entered into between Debtors and certain of their prepetition creditors on March 1, 2024, and approved by the Canadian Court on March 11, 2024 in the Ancillary Order.

K.      The RVO was entered by the Canadian Court on March 11, 2024.

L.      These chapter 15 cases have been fully administered and the purpose of the Foreign Representative's appearance in this Court is completed.

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1.      The Final Report is APPROVED, and the Motion is GRANTED as set forth in this order (this "Order").

2. There will be no distribution on account of any claims in these chapter 15 cases, and any proofs of claim filed in these chapter 15 cases will be of no force and effect.

3. The following chapter 15 cases are closed pursuant to sections 350 and 1517(d) of the Bankruptcy Code, Bankruptcy Rule 5009(c), and Local Rule 5009-2, without prejudice to reopening pursuant to section 350. The Office of the Clerk of the Court shall enter this Order on the docket of each of the following chapter 15 cases, and the dockets of the following chapter 15 cases shall be marked "closed."

| Debtor | Case No. |
|---|---|
| San Francisco Print Media Company | 24-10043-MFW |
| Black Press Ltd. | 24-10044-MFW |
| 311773 BC Ltd. | 24-10045-MFW |
| 0922015 B.C. Ltd. | 24-10046-MFW |
| Black Press Group Ltd. | 24-10047-MFW |
| Central Web Offset Ltd. | 24-10048-MFW |
| Oahu Publications, Inc. | 24-10049-MFW |
| Sound Publishing Holding Inc. | 24-10050-MFW |
| Sound Publishing Properties, Inc. | 24-10051-MFW |
| Sound Publishing Inc. | 24-10052-MFW |
| The Beacon Journal Publishing Company | 24-10053-MFW |
| WWA (BPH) Publications, Inc. | 24-10054-MFW |

4. All orders entered by this Court in these chapter 15 cases shall survive entry of this Order.

5. The terms and conditions of this Order shall be effective and enforceable immediately upon entry.

6. This Court shall retain jurisdiction with respect to the effect, enforcement, amendment or modification of this Order and any other request for additional relief in or related to these chapter 15 cases.

Dated: April 17th, 2024  
Wilmington, Delaware

MARY F. WALRATH  
UNITED STATES BANKRUPTCY JUDGE